UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE SPRUEL, | CASE NO. C17-1095-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on *pro se* Plaintiff Michelle Spruel's Proposed Motion for Order (Dkt. No. 9). It appears Plaintiff is making a motion to seal, and the Court treats it as such. (*See id.*) However, Plaintiff does not identify which documents should be sealed and why. Stating "the documents of the case" is insufficient. (Dkt. No. 9-1.) Further, the motion states "Defendant, appearing *ex parte*, moves that the documents referenced below be placed under court seal." (Dkt. No. 9-3.) Plaintiff then signs as "Attorney for Defendant." (*Id.*) Plaintiff has not given the Court enough information to make a decision, and filed a motion as the wrong party. Accordingly, Plaintiff's Proposed Motion for Order (Dkt. No. 9) is DENIED.

//

//

DATED this 11th day of August 2017.

>William M. McCool
>Clerk of Court
>
>/s/Paula McNabb
>Deputy Clerk